IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY KYLE HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv861-MHT |
| | ) | (WO) |
| BILL FRANKLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was
incarcerated in the Elmore County, Alabama jail, filed
this lawsuit asserting that the sheriff and jail
administrators violated his constitutional right to
medical treatment by denying him needed surgery for a
broken collarbone in order to avoid paying for it,
instead leaving him untreated and in pain for six
months.  This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge
that plaintiff's case be dismissed without prejudice
for failure to follow a court order and failure to
prosecute.   There   are   no   objections   to   the

recommendation.     After     an     independent     and     de     novo

review   of   the   record,   the   court   concludes   that   the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of February, 2026.

            /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE